**Order entered November 9, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00709-CR

**WILLIAM AUTREY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-16130-Q**

## ORDER

On July 21, 2015, this Court issued an opinion in the above-numbered cause. Accordingly, appellant's motion for rehearing was due August 5, 2015, *see* TEX. R. APP. P. 49.1, and a motion to extend the time for filing a motion for rehearing was due by August 20, 2015, *see* TEX. R. APP. P. 49.8. On September 17, 2015, the Clerk of this Court received from appellant a document entitled "Trial De Novo Appeal Rehearing En Banc." Attached to the document was an "Addendum Brief" which bore the notation "9/10/15 6/17/15" next to appellant's signature. A "Caselaw Addendum" attached to the document was dated "9/9/15." Appellant's first motion to extend the time for filing a motion for rehearing and "2nd Motion for Rehearing" were filed on September 25, 2015; the motions are dated "9/21/15," and the envelopes indicate the motions were mailed on September 22, 2015. Appellant's motions for

rehearing and motions to extend the time for filing a motion for rehearing were thus untimely. Also untimely was appellant's October 16, 2015 motion to dismiss his motion for rehearing. Accordingly, we **DENY** as untimely appellant's motions.

/s/    DAVID L. BRIDGES
JUSTICE